[Civil No. 1372.  Filed June 12, 1914.]

[141 Pac. 573.]

A. L. DE MUND, Plaintiff in Error, v. CHARLES OLCES-
TER and the TRUSTEES OF YUMA LODGE NO.
476 OF THE BENEVOLENT AND PROTECTIVE
ORDER OF ELKS, Defendants in Error.

APPEAL AND ERROR—WRIT OF ERROR—REVIEW.—Where a judgment was
rendered on November 20, 1912, followed on the same day by a
denial of a new trial, it is not reviewable on writ of error sued out
on November 18, 1913; that remedy having been abolished by Civil
Code of 1913, paragraph 1226, in effect October 1, 1913, providing
for review by appeal.

WRIT OF ERROR from the Superior Court of the County
of Yuma.  J. E. O'Connor, Judge.  Writ of error dismissed.

The facts are stated in the opinion.

Mr. Peter T. Robertson, for Plaintiff in Error.

Mr. Thomas D. Molloy, for Defendant in Error.

PER CURIAM.—Judgment in this case was rendered on
November 20, 1912, and on the same day a motion for a new
trial was made and denied.  On November 18, 1913, a writ
of error was sued out to have the judgment and order re-
viewed by this court.

The law which went into effect October 1, 1913, provides
that a judgment or order in a civil action or proceeding or
in a probate proceeding may be reviewed by appeal, and not
otherwise.  Paragraph 1226, Ariz. Rev. Stats. 1913, Civil
Code.  Before the writ of error in this case was sued out, the
law-making power had abolished that method of review.  It
follows, therefore, that we have no jurisdiction to entertain
the writ.  *Steinfeld* v. *Nielsen,* 139 Pac. 879.

Writ of error dismissed.